USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORIS SUE ALLEN, DONNA S. LUCAS, DANA KELLEN, HEDY L. ANSELMAN, TIMOTHY R. GARRETT, JONATHAN G. AXELROD, JOHN A. BOARDMAN, WARREN J. PEPICELLI, and all others similarly situated,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION; OF AMERICA, N.A.; MERRILL LYNCH PIERCE, FENNER & SMITH INC.; MER LYNCH CAPITAL SERVICES, INC.; BARCLAYS PLC; BARCLAYS BANK P BARCLAYS GROUP US INC.; BARCLA CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; CITIBANK, N.A.; CITIGROUP, INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (EUROPE) LIMITED; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; MORGAN STANLEY; MORGAN STANLEY CAPITAL SERVICES LLC; MORGAN STANLEY & CO., LLC; ROYAL BANK OF SCOTLAND GROUP PLC; ROYAL BANK OF SCOTLAND PLC; RBS SECURITIES, INC.; UBS AG; UBS SECURITIES, LLC; UBS INVESTMENT BANK; UBS INVESTMENT BANK, AMERICAS, and DOES 1-40,

Defendants.

New York, New York
September 20, 2016

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

No. 1:15-cv-04285-LGS

**STIPULATION AND [PROPOSED] ORDER CONCERNING
DISMISSAL OF ALL CLAIMS AGAINST THE SETTLING DEFENDANTS**

Plaintiffs Doris Sue Allen, Donna S. Lucas, Dana Kellen, Hedy L. Anselman, Timothy R. Garrett, Jonathan G. Axelrod, John A. Boardman, and Warren J. Pepicelli (collectively, "Plaintiffs") and Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch Capital Services, Inc., Barclays PLC, Barclays Bank PLC, Barclays Group US Inc., Barclays Capital Inc. (collectively, "Barclays"), BNP Paribas Group, BNP Paribas North America, Inc., Citibank, N.A., Citigroup Inc. (together, "Citigroup"), The Goldman Sachs Group, Inc., Goldman, Sachs & Co., HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings Inc., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., JPMorgan Chase & Co. (together, "JPMC"), The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, RBS Securities Inc. (collectively, "RBS"), UBS AG, UBS Securities LLC, UBS Investment Bank and UBS Investment Bank, Americas (collectively, "UBS"; and with all other Defendants named in this paragraph, "Settling Defendants"), by and through their undersigned counsel, hereby submit this stipulation as follows:

**WHEREAS**, on April 6, 2016, Plaintiffs filed a Second Amended Complaint ("SAC") against Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (Europe) Limited, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Morgan Stanley, Morgan Stanley Capital Services LLC, and Morgan Stanley & Co., LLC (collectively, "Non-Settling Defendants"), and the Settling Defendants (ECF No. 182);

**WHEREAS**, on May 19, 2016, Non-Settling Defendants moved to dismiss the SAC (ECF No. 196), on June 29, 2016, Plaintiffs opposed that motion (ECF No. 216), and, on July 27, 2016, Non-Settling Defendants filed a reply in support of that motion (ECF No. 221);

**WHEREAS**, by an Order dated June 1, 2016 ("June 1, 2016 Order"), the Court (i) enjoined all claims in the SAC against the Settling Defendants based on "collusive conduct"

as covered by the preliminary approval order of the settlement in *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13 Civ. 07789 (LGS) ("*FOREX*") ("Enjoined SAC Claims"), and (ii) ordered Plaintiffs to "file a third amended complaint that bases its claims solely on conduct that is either non-collusive or specifically carved out of the *FOREX* settlements by July 15, 2016" (ECF No. 199);

**WHEREAS**, pursuant to the Court's instruction at the June 1, 2016 Court hearing, Barclays filed a motion to enjoin Plaintiffs' "Last Look"-related claims on June 14, 2016 (ECF Nos. 200), Plaintiffs opposed that motion on July 20, 2016 (ECF No. 219), and Barclays filed a reply in support of that motion on August 11, 2016 (ECF No. 225);

**WHEREAS**, on July 15, 2016, Plaintiffs filed a Third Amended Complaint ("TAC") against Barclays, Citigroup, JPMC, RBS, and UBS (ECF No. 218);

**WHEREAS**, on August 2, 2016, Barclays, Citigroup, JPMC, RBS, and UBS submitted a pre-motion letter seeking to enjoin (under the *FOREX* settlement preliminary approval order) or dismiss the TAC (ECF No. 223), and, on August 12, 2016, Plaintiffs submitted a letter response (ECF No. 226);

**WHEREAS**, by an Order dated August 23, 2016 ("August 23, 2016 Order"), the Court granted the Non-Settling Defendants' motion to dismiss the SAC (ECF No. 227);

**WHEREAS**, by an Order dated August 31, 2016, the Court denied Barclays' motion to enjoin Plaintiffs' "Last Look"-related claims and the Settling Defendants' motion to enjoin the TAC "without prejudice to renewal after [Settling] Defendants' anticipated motion to dismiss is decided" (ECF No. 231);

**WHEREAS**, in light of the foregoing, the Plaintiffs and the Settling Defendants seek entry of this Stipulation and [Proposed] Order dismissing the Enjoined SAC Claims and the TAC in their entirety on the same basis as in the Court's August 23, 2016 Order;

**WHEREAS**, deciding whether to dismiss the Enjoined SAC Claims and the TAC in their entirety by this Stipulation and [Proposed] Order, rather than by motion practice, would conserve the resources of the Court and the Parties, and would be more efficient than formal briefing on this issue;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, on behalf of the Plaintiffs and Settling Defendants, as follows:

(1) All of Plaintiffs' claims in this case against the Settling Defendants, whether in the SAC or the TAC, whether enjoined or not, are hereby dismissed in their entirety with prejudice for the reasons stated in the Court's August 23, 2016 Order, which shall be deemed to apply fully to such claims;

(2) Plaintiffs and Settling Defendants are fully preserving all rights, including their appellate rights and their rights to arguments they would and could have made for and against the motion to dismiss the SAC, and Plaintiffs and Settling Defendants are precluded from later arguing in any context whatsoever, including before any appellate court, that any party to this Stipulation waived any appellate right related to any such arguments; and

(3) Settling Defendants are fully preserving all rights to move to enjoin the TAC, and all claims therein, and to reinstitute the injunction of the

-3-

Enjoined SAC Claims on the basis of the settlements in *FOREX* and/or *Axiom Inv. Advisors LLC. v. Barclays Bank PLC*, No. 15 Civ. 9323 (LGS), if the Court's dismissal is disturbed in any manner by appeal or otherwise.

Dated: September 19, 2016

| SULLIVAN & CROMWELL LLP | COVINGTON & BURLING LLP |
|---|---|
| By: */s/ Matthew A. Schwartz* <br> Yvonne S. Quinn <br> David H. Braff <br> Matthew A. Schwartz <br> Kathleen M. Reilly <br> Christopher J. Miller <br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> Facsimile: (212) 558-3588 <br> schwartzmatthew@sullcrom.com <br> quinny@sullcrom.com <br> braffd@sullcrom.com <br> reillyk@sullcrom.com <br> millerch@sullcrom.com <br><br> *Attorneys for Defendants Barclays PLC, Barclays Bank PLC, Barclays Group US Inc., and Barclays Capital Inc.* | By: */s/ Andrew D. Lazerow* <br> Andrew A. Ruffino <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, New York 10018 <br> Telephone: (212) 841-1000 <br> aruffino@cov.com <br><br> Alan M. Wiseman <br> Thomas A. Isaacson <br> Andrew D. Lazerow <br> Jamie A. Heine <br> One CityCenter <br> 850 Tenth Street N.W. <br> Washington, D.C. 20001 <br> Telephone: (202) 662-6000 <br> awiseman@cov.com <br> tisaacson@cov.com <br> alazerow@cov.com <br> jheine@cov.com <br><br> *Attorneys for Defendants Citigroup Inc. and Citibank, N.A.* |

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ *[signature]*<br>Peter E. Greene<br>Boris Bershteyn<br>Marco E. Schnabl<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>peter.greene@skadden.com<br>marco.schnabl@skadden.com<br>boris.bershteyn@skadden.com<br><br>PROSKAUER ROSE LLP<br>Stephen L. Ratner<br>Russell L. Hirschhorn<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>sratner@proskauer.com<br>rhirschhorn@proskauer.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | DAVIS POLK & WARDWELL LLP<br><br>By: _____<br>Joel M. Cohen<br>Melissa C. King<br>Jennifer Kan<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450-4800<br>joel.cohen@davispolk.com<br>melissa.king@davispolk.com<br>jennifer.kan@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities Inc.* |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Peter E. Greene
Boris Bershteyn
Marco E. Schnabl
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
marco.schnabl@skadden.com
boris.bershteyn@skadden.com

PROSKAUER ROSE LLP
Stephen L. Ratner
Russell L. Hirschhorn
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
sratner@proskauer.com
rhirschhorn@proskauer.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Melissa C. King
Jennifer Kan
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com
jennifer.kan@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities Inc.*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporate, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Merrill Lynch Capital Services, Inc.*

LOCKE LORD LLP

By: _____
Edwin R. DeYoung
Gregory T. Casamento
Three World Financial Center
New York, New York 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
Chicago, Illinois 60606
Telephone: (312) 443-0700
Faacsimile: (312) 896-6472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., and HSBC Bank USA, N.A.*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporate, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Merrill Lynch Capital Services, Inc.*

LOCKE LORD LLP

By: _____
Edwin R. DeYoung
Gregory T. Casamento
Three World Financial Center
New York, New York 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
Chicago, Illinois 60606
Telephone: (312) 443-0700
Faacsimile: (312) 896-6472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., and HSBC Bank USA, N.A.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Melanie Katsur
Joel S. Sanders
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-6268
Facsimile: (415) 374-8439
jsanders@gibsondunn.com

Peter Sullivan
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6370
psullivan@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Securities LLC, UBS Investment Bank, and UBS Investment Bank, Americas*

ALLEN & OVERY LLP

By: _____
David C. Esseks
Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
david.esseks@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants BNP Paribas Group and BNP Paribas North America, Inc.*

-7-

GIBSON, DUNN & CRUTCHER LLP

By: _____
Joel S. Sanders
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-6268
Facsimile: (415) 374-8439
jsanders@gibsondunn.com

Peter Sullivan
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6370
psullivan@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Securities LLC, UBS Investment Bank, and UBS Investment Bank, Americas*

ALLEN & OVERY LLP

By: /s/ Laura Hall
David C. Esseks
Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
david.esseks@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants BNP Paribas Group and BNP Paribas North America, Inc.*

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: /s/ Thomas J. Moloney / SSC<br>Thomas J. Moloney<br>George S. Cary<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* | GRAIS & ELLSWORTH LLP<br><br>By: /s/ J. Ross Wallin<br>J. Ross Wallin<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 755-7876<br>Facsimile: (212) 755-0052<br>rwallin@graisellsworth.com<br><br>MCTIGUE LAW LLP<br>J. Brian McTigue *admitted pro hac vice*<br>Regina M. Markey *admitted pro hac vice*<br>4530 Wisconsin Avenue, NW, Suite 300<br>Washington, D.C. 20016<br>Telephone: (202) 364-6900<br>Facsimile: (202) 364-9960<br>bmctigue@mctiguelaw.com<br>rmarkey@mctiguelaw.com<br><br>*Counsel for Plaintiffs* |