UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DORIS SUE ALLEN, et al.,
                             Plaintiffs,

        -against-

BANK OF AMERICA CORPORATION, et al.,
                           Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/28/16

15 Civ. 4285 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, all claims in this matter have been resolved; it is hereby

    **ORDERED** that the case is closed.

    The Clerk of Court is respectfully directed to close this case.

Dated:  September 28, 2016
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**