UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE FOREIGN EXCHANGE
BENCHMARK RATES ANTITRUST
LITIGATION

No. 1:13-cv-07789-LGS

**CLASS PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS WITH THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., MORGAN STANLEY, MORGAN STANLEY & CO., LLC, MORGAN STANLEY & CO. INTERNATIONAL PLC, RBC CAPITAL MARKETS, LLC, SOCIÉTÉ GÉNÉRALE, AND STANDARD CHARTERED BANK**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, at a time and date to be set by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Aureus Currency Fund, L.P.; the City of Philadelphia, Board of Pensions and Retirement; Employees' Retirement System of the Government of the Virgin Islands; Employees' Retirement System of Puerto Rico Electric Power Authority; Fresno County Employees' Retirement Association; Haverhill Retirement System; Oklahoma Firefighters Pension and Retirement System; State-Boston Retirement System; Syena Global Emerging Markets Fund, LP; Systrax Corporation; Tiberius OC Fund, Ltd.; United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund; Value Recovery Fund L.L.C.; J. Paul Antonello, Marc G. Federighi, Thomas Gramatis, Doug Harvey, Izee Trading Company, John Kerstein, Michael Melissinos, Mark Miller, Robert Miller, Richard Preschern d/b/a Preschern Trading, Peter Rives, Michael S. Smith, Jeffrey Sterk,

and Kimberly Sterk (collectively, "Class Plaintiffs") will, and hereby do, move the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of an Order:

(1) preliminarily approving the proposed settlements ("Settlement Agreements") with The Bank of Tokyo-Misubishi UFJ, Ltd., ("BTMU"); Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International Plc ("Morgan Stanley"); RBC Capital Markets, LLC ("RBC"); Société Générale ("Soc Gen"), and Standard Chartered Bank ("Standard Chartered");

(2) certifying the class for settlement purposes;

(3) appointing Christopher M. Burke of Scott+Scott, Attorneys at Law, LLP and Michael D. Hausfeld of Hausfeld LLP as settlement class counsel;

(4) appointing Class Plaintiffs as class representatives for settlement purposes;

(5) approving Huntington National Bank as Escrow Agent;

(6) approving Garden City Group as Claims Administrator;

(7) approving Kenneth R. Feinberg as Settlement Administrator; and

(8) staying all proceedings in the Action with respect to the Settling Defendants until further order of the Court, except as may be necessary to implement the settlements set forth in the Settlement Agreements or comply with the terms thereof.

Submitted herewith in support of the Motion are the:

(1) Class Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval Settlement Agreements with BTMU, Morgan Stanley, RBC, Soc Gen, and Standard Chartered;

2

(2) Declaration of Christopher M. Burke and Michael D. Hausfeld in Support of Class Plaintiffs' Motion for Preliminary Approval of Settlement Agreements with BTMU, Morgan Stanley, RBC, Soc Gen, and Standard Chartered and exhibits thereto;

(3) Declaration of Kenneth R. Feinberg in Support of Class Plaintiffs' Motion for Preliminary Approval of Settlement Agreements with BTMU, Morgan Stanley, RBC, Soc Gen, and Standard Chartered; and

(4) [Proposed] Order Preliminarily Approving Settlements, Conditionally Certifying the Settlement Classes, and Appointing Class Counsel and Class Representatives for the Settlement Classes.

DATED: July 28, 2017

| HAUSFELD LLP | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
|---|---|
| */s/ Michael D. Hausfeld* | */s/ Christopher M. Burke* |
| MICHAEL D. HAUSFELD | CHRISTOPHER M. BURKE (CB-3648) |
| REENA A. GAMBHIR | WALTER W. NOSS (WN-0529) |
| TIMOTHY S. KEARNS | KRISTEN M. ANDERSON (*pro hac vice*) |
| NATHANIEL C. GIDDINGS | STEPHANIE A. HACKETT (*pro hac vice*) |
| SARAH R. LAFRENIERE | JENNIFER J. SCOTT (*pro hac vice*) |
| 1700 K Street, NW, Suite 650 | 707 Broadway, Suite 1000 |
| Washington, DC 20006 | San Diego, CA 92101 |
| Telephone: 202-540-7200 | Telephone: 619-233-4565 |
| Facsimile: 202-540-7201 | Facsimile: 619-233-0508 |
| mhausfeld@hausfeld.com | cburke@scott-scott.com |
| rgambhir@hausfeld.com | wnoss@scott-scott.com |
| tkearns@hausfeld.com | kanderson@scott-scott.com |
| ngiddings@hausfeld.com | shackett@scott.scott.com |
| slafreniere@hausfeld.com | |
| | -and- |
| -and- | |
| | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| HAUSFELD LLP | DAVID R. SCOTT (DS-8053) |
| MICHAEL P. LEHMANN | JOSEPH P. GUGLIELMO (JG-2447) |
| BONNY E. SWEENEY | DONALD A. BROGGI (DB-9661) |
| CHRISTOPHER L. LEBSOCK | PETER A. BARILE III (PB-3354) |

3

| | |
|---|---|
| 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Telephone: 415-633-1908<br>Facsimile: 415-358-4980<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com | SYLVIA SOKOL (SS-0317)<br>THOMAS K. BOARDMAN (TB-0530)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-223-6334<br>david.scott@scott-scott.com<br>jguglielmo@scott-scott.com<br>ssokol@scott-scott.com<br>tboardman@scott-scott.com |

*Interim Co-Lead Counsel*

| | |
|---|---|
| OBERMAYER REBMANN<br>MAXWELL & HIPPEL LLP<br>WILLIAM J. LEONARD (*pro hac vice*)<br>RIGEL FARR (*pro hac vice*)<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-1895<br>Telephone: 215-665-3000<br>Facsimile: 215-665-3165<br>william.leonard@obermayer.com<br>rigel.farr@obermayer.com<br><br>-and-<br><br>BONI & ZACK LLC<br>MICHAEL J. BONI (*pro hac vice*)<br>JOSHUA D. SNYDER (*pro hac vice*)<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004<br>Telephone: 610-822-0200<br>Facsimile: 610-822-0206<br>mboni@bonizack.com<br>jsnyder@bonizack.com<br><br>*Counsel for Plaintiff the City of Philadelphia, Board of Pensions and Retirement* | KOREIN TILLERY, LLC<br>STEPHEN M. TILLERY (*pro hac vice*)<br>ROBERT L. KING (*pro hac vice*)<br>AARON M. ZIGLER (*pro hac vice*)<br>STEVEN M. BEREZNEY (*pro hac vice*)<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>Saint Louis, MO 63101-1612<br>Telephone: 314-241-4844<br>Facsimile: 314-241-3525<br>stillery@koreintillery.com<br>rking@koreintillery.com<br>azigler@koreintillery.com<br>sberezney@koreintillery.com<br><br>-and-<br><br>KOREIN TILLERY, LLC<br>GEORGE A. ZELCS (*pro hac vice*)<br>205 N Michigan Ave, Suite 1950<br>Chicago, IL 60601-5927<br>Telephone: 312-641-9750<br>Facsimile: 312-641-9751<br>gzelcs@koreintillery.com<br><br>*Counsel for Plaintiffs Haverhill Retirement System and Oklahoma Firefighters Pension and Retirement System, Robert Miller, Mark Miller, and Peter Rives* |

4

WOLF POPPER LLP
MARIAN R. ROSNER
PATRICIA I. AVERY
FEI-LU QIAN
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: 212-759-4600
Facsimile: 212-486-2093
mrosner@wolfpopper.com
pavery@wolfpopper.com
fqian@wolfpopper.com

*Counsel for Plaintiff Employees' Retirement System of Puerto Rico Electric Power Authority*

LABATON SUCHAROW LLP
GREGORY S. ASCIOLLA
JAY L. HIMES
ROBIN A. VAN DER MEULEN
MATTHEW J. PEREZ
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

*Counsel for Plaintiff State-Boston Retirement System, Marc G. Federighi, and Michael J. Smith*

GRANT & EISENHOFER, P.A.
ROBERT G. EISLER
123 Justison Street
Wilmington, DE 19801
Telephone: 302-622-7030
Facsimile: 302-622-7100
reisler@gelaw.com

*Counsel for Plaintiff Syena Global Emerging Markets Fund, LP*

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com

*Counsel for Plaintiff Employees' Retirement System of the Government of the Virgin Islands*

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (JJT-1994)
TODD A. SEAVER (*pro hac vice*)
SARAH KHORASANEE MCGRATH (*pro hac vice*)
JESSICA MOY (*pro hac vice*)
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415-433-3200
Facsimile: 415-433-6382
jtabacco@bermandevalerio.com
tseaver@bermandevalerio.com
smcgrath@bermandevalerio.com
jmoy@bermandevalerio.com

*Counsel for Plaintiff Fresno County Employees' Retirement Association*

CRIDEN & LOVE, P.A.
MICHAEL E. CRIDEN
LINDSEY C. GROSSMAN
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: 305-357-9000
Facsimile: 305-357-9050
mcriden@cridenlove.com
lgrossman@cridenlove.com

*Counsel for Plaintiffs J. Paul Antonello, Marc G. Federighi and Michael J. Smith*

ENTWISTLE & CAPPUCCI LLP
ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
ROBERT N. CAPPUCCI
280 Park Avenue, 26th Floor West
New York, NY 10017
Telephone: 212-894-7200
Facsimile: 212-894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com

*Counsel for Plaintiffs Tiberius OC Fund, Ltd. and Value Recovery Fund L.L.C.*

RADICE LAW FIRM, P.C.
JOHN RADICE
KENNETH PICKLE
34 Sunset Blvd.
Long Beach, NJ 08008
Telephone: 646-245-8502
Facsimile: 609-385-0745
jradice@radicelawfirm.com
kpickle@radicelawfirm.com

*Counsel for Plaintiffs Doug Harvey, Izee Trading Company, and Richard Preschern d/b/a Preschern Trading*

CERA LLP
SOLOMON B. CERA
C. ANDREW DIRKSEN
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: 415-777-2230
Facsimile: 415-777-5189
scera@cerallp.com
cdirksen@cerallp.com

*Counsel for Plaintiff Aureus Currency Fund L.P.*

LOWEY DANNENBERG, P.C.
VINCENT BRIGANTI
GEOFFREY M. HORN
PETER D. ST. PHILLIP
RAYMOND P. GIRNYS
One North Broadway
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
rgirnys@lowey.com

-and-

LOWEY DANNENBERG, P.C.
GERALD LAWRENCE, ESQ.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: 610-941-2760
Facsimile: 610-862-9777
glawrence@lowey.com

-and-

SHEPHERD FINKELMAN
MILLER & SHAH, LLP
ERIC. L. YOUNG
NATALIE FINKELMAN BENNETT
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 866-300-7367
eyoung@sfmslaw.com
nfinkelman@sfmslaw.com

-and-

SHEPHERD FINKELMAN
MILLER & SHAH, LLP
JAMES E. MILLER
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100

6

FREED KANNER LONDON &
MILLEN LLC
MICHAEL J. FREED
STEVEN A. KANNER
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
skanner@fklmlaw.com

*Counsel for Plaintiffs Thomas
Gramatis and John Kerstein*

NUSSBAUM LAW GROUP, P.C.
LINDA P NUSSBAUM
1211 Avenue of the Americas
New York, NY, 10036
Telephone: 917-438-9102
lnussbaum@nussbaumpc.com

*Counsel for Plaintiffs Jeffrey Sterk,
Kimberly Sterk, and Michael
Melissinos*

THE MOGIN LAW FIRM, P.C.
DANIEL J. MOGIN
JODIE M. WILLIAMS
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-687-6611
Facsimile: 619-687-6610
dmogin@moginlaw.com
jwilliams@moginlaw.com

-and-

STEYER, LOWENTHAL,
BOODROOKAS
ALVAREZ & SMITH LLP
ALLAN STEYER
JAYNE PEETERS
One California Street, Third Floor
San Francisco, CA 94111
Telephone: 415-421-3400
Facsimile: 415-421-2234

Facsimile: 860-526-1120
jmiller@sfmslaw.com

-and-

RADICE LAW FIRM, P.C.
JOHN RADICE
KENNETH PICKLE
34 Sunset Blvd.
Long Beach, NJ 08008
Telephone: 646-245-8502
Facsimile: 609-385-0745
jradice@radicelawfirm.com
kpickle@radicelawfirm.com

-and-

MANDEL BHANDARI LLP
RISHI BHANDARI
EVAN MANDEL
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: 212-269-5600
Facsimile: 646-964-6667
rb@mandelbhandari.com
em@mandelbhandari.com

*Counsel for Plaintiff United Food and Commercial
Workers Union and Participating Food Industry
Employers Tri-State Pension Fund*

FINE, KAPLAN AND BLACK, R.P.C.
ROBERTA D. LIEBENBERG
ADAM PESSIN
One South Broad St., Suite 2300
Philadelphia, PA 19107
Telephone: 215-567-6565
Facsimile: 215-568-5872
rliebenberg@finekaplan.com
apessin@finekaplan.com

-and-

asteyer@steyerlaw.com
jpeeters@steyerlaw.com

*Counsel for Plaintiffs Haverhill Retirement System and Oklahoma Firefighters Pension and Retirement System*

MOTLEY RICE LLC
WILLIAM H. NARWOLD
DONALD A. MIGLIORI
MICHAEL M. BUCHMAN
JOHN A. IOANNOU
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: 212-577-0040
Facsimile: 212-577-0054
bnarwold@motleyrice.com
dmigliori@motleyrice.com
mbuchman@motleyrice.com
jioannou@motleyrice.com

-and-

MILLER LAW LLC
MARVIN A. MILLER
MATTHEW VAN TINE
115 S. LaSalle St., Suite 2101
Chicago, IL 60603
Telephone: 312-322-3400
Facsimile: 312-676-2676
mmiller@millerlawllc.com
mvantine@millerlawllc.com

*Of Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2017

*/s/ Michael D. Hausfeld*
MICHAEL D. HAUSFELD
HAUSFELD LLP
1700 K Street, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
Email: mhausfeld@hausfeld.com