```
UNITED STATES DISTRICT COURT                 USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
------------------------------------------X  ELECTRONICALLY FILED
                                          :  DOC #:
                                          :  DATE FILED: 8/7/2017
IN RE FOREIGN EXCHANGE                    :
ANTITRUST LITIGATION                      :  13 Civ. 7789 (LGS)
                                          :
                                          :         ORDER
                                          :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 28, 2017, Class Plaintiffs filed a motion for preliminary approval of several new proposed settlements ("Preliminary Approval Motion"); it is hereby

**ORDERED** that a hearing will be held to consider Class Plaintiffs' Preliminary Approval Motion on September 5, 2017, at 10:50 A.M. It is further

**ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than August 22, 2017.

Dated: August 7, 2017
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**